UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 5:26-mj-1025-PRL

MARIO CESAR DOS SANTOS, JR.

## MOTION TO SEAL CRIMINAL COMPLAINT
## AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby moves this Court to direct the Clerk to seal (1) the Criminal Complaint, (2) the Affidavit, (3) the Arrest Warrant, (4) this Motion to Seal, and (5) any other documents filed in this case that would identify the defendant.

Disclosure of the existence of these documents prior to the arrest of the defendant could hinder or impede arrest efforts, may cause the subject to flee, destroy evidence, disclose facts which jeopardize an ongoing criminal investigation, and cause witnesses to be subject to possible harassment or retaliation from individuals subject of the investigation or with an interest therein.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agencies to share the Criminal Complaint and arrest warrant with international authorities, including Interpol, and to enter the arrest warrant into any appropriate international law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Criminal Complaint in any subsequent search and/or seizure warrant that may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when the defendant is taken into custody.

WHEREFORE, the United States respectfully moves the Court to seal (1) the

Criminal Complaint, (2) the Affidavit, (3) the Arrest Warrant, (4) this Motion to Seal,

and (5) any other documents filed in this case that would identify the defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    /s/ Belkis H. Callaos
       Belkis H. Callaos
       Assistant United States Attorney
       Florida Bar # 1004413
       35 SE 1st Avenue, Suite 300
       Ocala, Florida 34471
       Telephone:   (352) 547-3600
       Facsimile:    (352) 547-3623
       E-mail: belkis.callaos@usdoj.gov